UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
U.S. Bankruptcy Court
Western District of NC

APR 20 2026

Christine F. Ramsey, Clerk
Charlotte Division

In re: Royanna Hudson

Case No. 26-30084

## MOTION TO REDEEM VEHICLE

COMES NOW the Debtor, [Your Name], and respectfully moves this Court for an order allowing redemption of the vehicle described below pursuant to 11 U.S.C. § 722, and states as follow:

1. The Debtor seeks to redeem a 2021 Jeep Grand Cherokee L ("the Vehicle") from the lien held by the secured creditor.
2. Under 11 U.S.C. § 506(a), the value of collateral is determined by its replacement value, taking into account the condition of the property and the purpose for which it is being used.

3. The Debtor seeks to redeem a 2021 Jeep Grand Cherokee L for its fair replacement value of $22,000, as supported by Exhibit A, which includes current valuation evidence and a prior diminished value appraisal.

4. The Vehicle is in average condition It was involved in a prior accident that was not the Debtor's fault, resulting in approximately $4,000 in rear-end damage, as shown in Exhibit B. The Vehicle also has pre-existing electrical issues as well as a check engine light currently illuminated, also documented in Exhibit B, all of which materially reduce its value.

5. In support of the valuation, the Debtor previously obtained a diminished value appraisal approximately one year ago reflecting a valuation of $23,000 at that time, which is included in Exhibit A. This demonstrates that the current value of the Vehicle, considering additional time, use, and condition issues, is reasonably $22,000 or less.

6. The requested redemption amount reflects the true replacement value of the Vehicle in its current condition and is consistent with the market range for similar 2021 Jeep Grand Cherokee L vehicles with comparable condition, as supported by Exhibit C.

7. Any higher valuation would fail to account for the documented damage, condition issues, and diminished value of the Vehicle, and would not accurately reflect its true replacement value under applicable law.

WHEREFORE, the Debtor respectfully requests that this Court enter an order permitting redemption of the Vehicle for $22,000 pursuant to 11 U.S.C. § 722, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Royanna Hudson

3570 Toringdon way , Charlotte Nc

APt- 1084

Dated: 04/15/2026

## Exhibit A-1 (Valuation)

**CARMAX**

Verification Code

# KY6Z7D6V

Offer Amount*

# $22,000

**This offer is good for 7 days.**
Offer valid until 4/15/2026

Your Local CarMax
South Boulevard
10510 Cadillac St
Pineville NC 28134
(866) 629-3670
See carmax.com for store hours.

**Directions**

Vehicle Information
2021 Jeep Grand Cherokee L Limited
VIN: 1C4RJKBGXM8144155
Mileage: 53,000

| | |
|---|---|
| Accidents | Items Noted |
| Flood/Frame Damage | N/A |
| Mechanical | N/A |
| Exterior | N/A |
| Interior | N/A |
| Tires | Items Noted |
| Keys | 2 or more |
| Modifications | N/A |
| Other | N/A |
| Additional Equipment | 3 items noted |

Exhibit A-2 ( Diminished Value Apprasial)



## Dealer Offer

VIN# 1C4RJKBGXM8144156
Offer Date: May 15 2026

Stateline Chrysler Jeep Dodge is interested in your

### 2021 Jeep Grand Cherokee L

| Mileage | Engine | Transmission | Drivetrain |
|---|---|---|---|
| 31,565 | 3.6L V6 24V VVT | 8-Speed Automatic | 4WD |

Dealer Offer
## $23,000

### Vehicle History Report

Owner    Accidents Found    Title    Odometer

View more details on the full report

### Diagnostic Report

No data available

View all item(s) on the full report

### Condition Summary

| | |
|---|---|
| UOI/Safety/Fluids | $595 |
| Full Detail | $356 |
| Brake Pads | $260 |
| Fuel and Combustion Cleaner Kit | $120 |
| Alignment | $99 |
| Air Filter | $87 |
| Wipers | $79 |
| Nitrogen | $45 |

### Kelley Blue Book® Vehicle Insights

Kelley Blue Book provides valuable market data by tracking changes in the market.

**Mileage**
Your vehicle's mileage is low, only 31% of vehicles like yours have lower mileage.

MILEAGE
VERY GOOD

**Color**
Insufficient Data for this insight.

COLOR
NOT AVAILABLE

**Equipment**
Your vehicle is equally equipped to similar vehicles in the market.

EQUIPMENT
GOOD

**Supply and Demand**
Insufficient Data for this insight and insufficient Data for this insight.

SUPPLY    DEMAND

### Comments

Exhibit B (Rear-End Damage - Photo 1)



Exhibit B-2 (Rear-End Damage  - Photo 2)



Exhibit B-3 Repair Invoice - Accident damage (Page 1 of 2)

# CALIBER COLLISION

**CALIBER - FORT MILL**
RESTORING THE RHYTHM OF YOUR LIFE
2540 Highway 160 W, Fort Mill, SC 29708
Phone: (803) 802-7005
FAX: (803) 802-7028

| | |
|---|---|
| Workfile ID: | 77252d1b |
| Federal ID: | 33-0730794 |
| State EPA: | |

**RO Number: 1622012425**

**Final Bill**

Customer:
HUDSON, ROYANNA

626 FOUNTAIN CT
FORT MILL, SC 29715-6479
(216) 577-8063

Insurance:
STATE FARM INSURANCE

| | | | | |
|---|---|---|---|---|
| Adjuster: | | Initiated Repair | Estimator: | Jessee Sherrife |
| Phone: | (844) 292-8615 x339 Business | | Create Date: | 4/3/2025 |
| Claim: | 40-82P1-54W02 | | | |
| Loss Date: | 3/29/2025 | | | |
| Deductible: | | | | |

2021 JEEP Grand Cherokee L Limited 4WD 4D UTV 6-3.6L Gasoline Sequential MPI Diamond Black Crysta

| | | | | | | |
|---|---|---|---|---|---|---|
| VIN: | 1C4RJKBGXM8144155 | Interior Color: | Global Black | Mileage In: | 29,552 | Vehicle Out: 4/25/2025 |
| License: | TEMPTAG | Exterior Color: | Diamond Black Crysta | Mileage Out: | | |
| State: | NC | Production Date: | 7/2021 | Condition: | | Job #: |

| Line | Ver | Operation | Description | Qty | Extended Price $ | Part Type | Labor | Type | Paint |
|---|---|---|---|---|---|---|---|---|---|
| 1 | E01 | | EXHAUST SYSTEM | | | | | | |
| 2 | S02 | Remove/Replace | Muffler & pipe w/o bright exhaust | 1 | 2,055.00T | OEM | | | |
| 3 | E01 | | REAR BUMPER | | | | | | |
| 4 | E01 | Remove/Install | O/H rear bumper | | | | 3.1 | Body | |
| 5 | E01 | Remove/Install | R&I bumper cover | | | | 0.0 | Body | |
| 6 | E01 | Remove/Replace | Lower cover | 1 | 439.00T | OEM | 0.0 | Body | |
| 7 | E01 | Remove/Replace | Access cover | 1 | 46.50T | OEM | 0.1 | Body | |
| 8 | E01 | Remove/Replace | Applique panel chrome | 1 | 69.00T | A/M | 0.0 | Body | |
| 9 | E01 | Remove/Replace | Grille | 1 | 39.75T | OEM | 0.0 | Body | |
| 10 | E01 | Remove/Replace | RT Reflector | 1 | 31.00T | A/M | 0.0 | Body | |
| 11 | S01 | Repair | Bumper cover NOTE: heat and reshape incl | | | | 4.0 | Body | 2.7 |
| 12 | E01 | | Add for Clear Coat | | | | | | 1.1 |
| 13 | E01 | Remove/Replace | Center support | 1 | 85.25T | OEM | 0.3 | Body | |
| 14 | S01 | Repair | RT Heat shield | | | | 0.5 | Body | |
| 15 | E01 | Sublet | Hazardous Waste Disposal | 1 | 5.00 | Other | | | |
| 16 | E01 | | Cover Car | 1 | 10.00 | Other | | | |
| 17 | E01 | | Flex Additive | 1 | 10.00T | Other | | | |
| 18 | S01 | | VEHICLE DIAGNOSTICS | | | | 0.5 | Mech | |
| 19 | S01 | | Pre-repair scan | 1 | 144.00T | Other | | | |
| 20 | S02 | | mechanical labor exhaust | 1 | 80.00 | Other | | | |
| 21 | S02 | Sublet | Clear Codes | | | | | | |

| Estimate Totals | Discount $ | Markup $ | Rate $ | Total Hours | Total $ |
|---|---|---|---|---|---|
| | | | | | 2,909.50 |
| Parts | | | | | 456.00 |
| Labor: Body | | | 57.00 | 8.0 | |

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, OEG = Recommend Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Rexxx = Reconxxx, Recond = Reconditioned Prior Damage, Recomend = Recommend, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc= Structural

4/23/2025 10:39:17 AM

Page 1

## Exhibit B-3 Repair Invoice - Accident damage (Page 2 of 2)

**CALIBER - FORT MILL**

Workfile ID: 77252d1b
Federal ID: 33-0730204

**RO Number: 1622012425**

**Final Bill**

2021 JEEP Grand Cherokee L Limited 4WD 4D UTV 6-3.6L Gasoline Sequential MPI Diamond Black Crysta

| | | | |
|---|---|---|---|
| Labor, Refinish | | | |
| Labor, Mechanical | 57.00 | 3.8 | 216.60 |
| Material, Paint | 120.00 | 0.5 | 60.00 |
| Miscellaneous | | | 148.20 |
| **Subtotal** | | | 105.00 |
| | | | **3,895.30** |
| Bottomline Discount | | | |
| Sales Tax | | | (19.48) |
| **Grand Total** | | | 203.34 |
| | | | **4,079.16** |
| **Net Total** | | | |
| | | | **4,079.16** |

| Estimate Version | Total $ |
|---|---|
| Original | 4,014.91 |
| Supplement S01 | 34.32 |
| Supplement S02 | 29.93 |

| | |
|---|---|
| Insurance Total $: | 4,079.16 |
| Received from Insurance $: | 0.00 |
| Balance due from Insurance $: | 4,079.16 |
| Customer Total $: | 0.00 |
| Received from Customer $: | 0.00 |
| Balance due from Customer $: | 0.00 |

**TERMS AND CONDITIONS OF REPAIR SERVICES**

1. Payment Upon Completion and Authority to Endorse Checks. Customer agrees that he/she is fully responsible & liable for timely payment of all charges for labor, parts, material & accessories, sublet repairs, and any other charges incurred under these Terms & Conditions, and payment in full shall be made prior to the release of the vehicle. To facilitate timely payment, Customer hereby authorizes Caliber & its authorized employees, to act in Customer's place for the purpose of endorsing, on Customer's behalf, all insurance checks made payable to Caliber and Customer, or to Customer, regarding authorized repairs to the vehicle described in this agreement with such limited authorization terminating upon full payment for the repairs of the vehicle.

2. Additional Repairs. Customer may authorize Caliber to conduct additional repairs that are discovered following closer inspection or disassembly orally, in written form, or via electronic messaging & all such additional repairs shall be listed on the final invoice.

3. Sublet Repairs, Repair Location and Authority to Operate Vehicle. Customer acknowledges & authorizes Caliber, including its subcontractors & employees, as Caliber deems appropriate, to: perform portions of the repairs through use of subcontractor(s) hired by Caliber; conduct repairs at another Caliber facility; and, operate the vehicle, including use on public streets, for the purposes of including, but not limited to, inspecting, testing, pick-up, delivery, &facilitating repairs.

4. Damage or Theft. Customer acknowledges and agrees that Caliber is not responsible for & does not accept any liability for the theft, or damage to, the vehicle, or any personal property left in the vehicle, that is not a direct result of Caliber's gross negligence. Customer acknowledges that said property is not insured or protected to the amount of the actual cash value thereof, or otherwise, against loss related to theft, fire or vandalism while the property remains with Caliber. Customer further acknowledges that all personal property has been removed from the vehicle, and that Caliber, its employees and its subcontractors are not responsible for inspection thereof.

5. Storage Fees & Lien Sale. Customer authorizes & acknowledges that if the vehicle is not picked up within ten (10) days after Caliber has notified the Customer that the repairs are completed, Caliber may charge daily storage fees at rates that are ordinary & customary for the area, but not to exceed $100.00 per day. In addition to any and all other available legal & equitable remedies, Caliber may, in accordance with applicable state law, begin lien sale proceedings & sell the vehicle by way of a public auction.

6. DISPUTE SETTLEMENT AND ARBITRATION. CUSTOMER & CALIBER ACKNOWLEDGE AND AGREE THAT IN THE EVENT A DISPUTE OR

B-4: Check engine light



Exhibit C-1: Market Valuation – 2021 Jeep Grand Cherokee L (KBB Values)



# 2021 Jeep Grand Cherokee L Limited Sport Utility 4D

## Fair Purchase Price                    $26,260

Fair Purchase Price is determined by collecting thousands of actual consumer vehicle purchase prices, plus data from national vehicle registration databases and several other reliable third-party sources.

## Estimated Values

| Condition ① | Trade-In Value | Private Party Value |
|---|---|---|
| Excellent | $24,020 | $25,850 |
| Very Good | $23,520 | $25,450 |
| Good | $23,020 | $24,850 |
| Fair | $21,720 | $23,550 |

Estimated Trade-In Values for the 2021 Jeep Grand Cherokee L Limited Sport Utility 4D range from about $21,720 to $24,020 depending on vehicle condition. Estimated Private Party Values range from about $23,550 to $25,850 depending on vehicle

Exhibit C-2: Market Comparison – 2021 Jeep Grand Cherokee L ($24,444)



   

Summary   Features   Price   Payments   Dealer   >

Used

## 2021 Jeep Grand Cherokee L

Limited 4dr SUV (3.6L 6cyl 8A)

## $24,444
 est. loan: $425/mo

 good price

$1,977 below market ⓘ

Exhibit C-3: Market Data – 2021 Jeep Grand Cherokee L Depreciation and Value (KBB)

# 2021 Jeep Grand Cherokee L Depreciation

♡ Save This Car                                    ✎ Write a Review

**Own This Car?**    Get My Car's Value    →

## 2021 Jeep Grand Cherokee L

A 2021 Jeep Grand Cherokee L has depreciated $12,523 or 37% in the last 3 years and has a current resale value of $20,900 and trade-in value of $18,750.

| Style | ⌄ |
|-------|---|



## Average Loss of Value

The 2021 Jeep Grand Cherokee L is in the 25-75% percentile for depreciation among all 2021 SUVs.

Historical ▬▬▬▬▬▬▬    Forecast ▬ ▬ ▬ ▬



Royama Hudson U.S. Bankruptcy Court
26-30084

## Notice of hearing

FILED
U.S. Bankruptcy Court
Western District of NC
APR 20 2026
Christine F. Ramsey, Clerk
Charlotte Division

Debtor Requests hearing to be
heard: May 11, 2026 9:30 Am

Location: Charlotte Nc
CourtRoom2B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

In re: Royanna Hudson

Case No.: 26-30084

## CERTIFICATE OF SERVICE

I, Royanna Hudson, certify that on this date, I served a true and correct copy of the foregoing Motion to Redeem Vehicle and Proposed Order on the following parties by United States Mail, postage prepaid:

Exeter Finance LLC

PO Box 166008, Irving, TX 75016

AND

Mason Veal

Burr & Forman LLP

101 South Tryon Street, Suite 2610 Charlotte, Nc 28280

Date: 04/16/2026

Royanna Hudson

FILED
U.S. Bankruptcy Court
Western District of NC

APR 20 2026

Christine F. Ramsey, Clerk
Charlotte Division