**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

ROYANNA NATASHA ROYALE
HUDSON,

        DEBTOR

CHAPTER 7
CASE NO.: 26-30084

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that Exeter Finance LLC ("Exeter Finance"), by and through counsel, has filed and objection to your Motion to Redeem [Dkt. 76].

TAKE FURTHER NOTICE that any response should be filed with the Clerk of the Bankruptcy Court within FOURTEEN (14) days of the date of this Notice and a copy served on the attorney identified below and upon other parties as required by law or court order. Any response shall clearly identify the specific motion or application to which the response is directed.

TAKE FURTHER NOTICE that the court will conduct a hearing on **May 20, 2026 at 9:30 a.m. at the United States Bankruptcy Court for the Western District of North Carolina, 401 West Trade Street, Room 2A, Charlotte, North Carolina 28677**.  No further notice of this hearing will be given.

Dated:  April 30, 2026

WOMBLE BOND DICKINSON (US) LLP

By:    /s/ Eudora F. S. Arthur
        Eudora F. S. Arthur (NC Bar No. 59854)
        555 Fayetteville Street, Suite 1100
        Raleigh, NC 27601
        Phone: (919) 755-2178
        Email: Dorie.Arthur@wbd-us.com