## CERTIFICATE OF SERVICE

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

on: That on this day, I served a copy of the Objection to Motion to Redeem (Dkt. 77) and Notice of Hearing (Dkt. 79) on

> Royanna Natasha Royale Hudson
> 3570 Toringdon Way, Apt 1084
> Charlotte, NC 28277
> *Debtor*

by depositing the same in the United States mail, first class, postage prepaid.

That on this day, the foregoing was served by electronic means through the Court's CM/ECF service on:

> Cole Hayes
> *Chapter 7 Trustee*
>
> Shelley Abel *Bankruptcy Administrator*

I certify under penalty of perjury that the foregoing is true and correct. Dated: April 30, 2026

WOMBLE BOND DICKINSON (US) LLP

By:   /s/ Eudora F. S Arthur
      EUDORA F. S. ARTHUR
      NC State Bar Number 59854
      555 Fayetteville St., Suite 1100
      Raleigh, NC 27601
      Telephone: (919) 755-2178
      dorie.arthur@wbd-us.com

*Attorneys for Exeter Finance LLC*

3