

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26–30084
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Royanna Natasha Royale Hudson
3570 Toringdon Way
Apt 1084
Charlotte, NC 28277
Social Security No.: xxx–xx–5554

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Certificate of Service filed in the above referenced case on 04/30/2026 as document(s) # 80 is defective for the reason(s) marked below:

Case Caption required pursuant to Bankruptcy Rule 9004(b).

PLEASE TAKE NOTICE that if the above–referenced items are not corrected or satisfied within five (5) business days, the court will deem the filing as deficient and enter an order to strike the filing from the record as null and void.

Dated: May 1, 2026                                        Christine F Ramsey
                                                                    Clerk of Court

Electronically filed and signed (5/1/26)