**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

ROYANNA NATASHA ROYALE
HUDSON,

        DEBTOR

CHAPTER 7
CASE NO.: 26-30084

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that Exeter Finance LLC ("Exeter Finance"), by and through counsel, has filed and objection to your Motion to Redeem [Dkt. 76].

TAKE FURTHER NOTICE that any response should be filed with the Clerk of the Bankruptcy Court within FOURTEEN (14) days of the date of this Notice and a copy served on the attorney identified below and upon other parties as required by law or court order. Any response shall clearly identify the specific motion or application to which the response is directed.

TAKE FURTHER NOTICE that the court will conduct a hearing on **May 20, 2026 at 9:30 a.m. at the United States Bankruptcy Court for the Western District of North Carolina, 401 West Trade Street, Room 2A, Charlotte, North Carolina 28202**.  No further notice of this hearing will be given.

Dated:  May 4 2026

WOMBLE BOND DICKINSON (US) LLP

By:    /s/ Eudora F. S. Arthur
        Eudora F. S. Arthur (NC Bar No. 59854)
        555 Fayetteville Street, Suite 1100
        Raleigh, NC 27601
        Phone: (919) 755-2178
        Email: Dorie.Arthur@wbd-us.com

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

on: That on this day, I served a copy of the Objection to Motion to Redeem (Dkt. 77) and Notice of Hearing (Dkt. 79) on

> Royanna Natasha Royale Hudson
> 3570 Toringdon Way, Apt 1084
> Charlotte, NC 28277
> *Debtor*

by depositing the same in the United States mail, first class, postage prepaid.

That on this day, the foregoing was served by electronic means through the Court's CM/ECF service on:

> Cole Hayes
> *Chapter 7 Trustee*
>
> Shelley Abel *Bankruptcy Administrator*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2026

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Eudora F. S Arthur
EUDORA F. S. ARTHUR
NC State Bar Number 59854
555 Fayetteville St., Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com

*Attorneys for Exeter Finance LLC*

3