FILED & JUDGMENT ENTERED

Christine F. Ramsey

June  10  2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

ROYANNA NATASHA ROYALE HUDSON

DEBTOR.

CHAPTER 7

CASE NO. 26-30084

### CONSENT ORDER GRANTING MOTION TO REDEEM VEHICLE

THIS MATTER comes before the Court upon the Royanna Natasha Royale Hudson's (the "Debtor") Motion to Redeem Vehicle pursuant to § 722 of the Bankruptcy Code and Fed. R. Bankr. P. 6008, and the Objection thereto filed on behalf of Exeter Finance, LLC ("Exeter") and it appearing to the Court that the parties have agreed to resolve the matter and enter into this Consent Order;

NOW THEREFORE, based on a review of the Motion and the record in this case, the Court does hereby find the following facts, states its conclusions of law thereon, and enters its Order as follows:

1.    Debtor filed her voluntary Chapter 13 petition in this case on January 23, 2026.

2.    On February 5, 2026 the case was converted to a Chapter 7 case.

3.      On her Schedule B, Debtor listed a 2021 Jeep Grand Cherokee.

4.      Exeter is listed as a creditor in Debtor's Schedule D, with a claim secured by said vehicle in the estimated amount of $35,000.00

5.      The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt which is secured by said property to the extent of the allowed secured claim of Creditor is a dischargeable consumer debt.

6.      The parties agree that the allowed secured claim of Creditor for purposes of redemption, the "redemption value," should be determined to be $22,000.00.

7.      Arrangements have been made by the Debtor to pay to Creditor the amount of $22,000.00.

8.      The payment for this proposed redemption is to be financed through 722 Redemption, LLC (hereinafter "722 Redemption").

9.      The monthly amount, term of the payments and the overall amount of the repayment will be decreased significantly through the proposed redemption.

## CONCLUSIONS OF LAW

1.      The interest of the Debtor in the subject vehicle is exempt or has been abandoned by the estate, and the debt secured by said property, to the extent of the allowed secured claim of Exeter, is a dischargeable consumer debt.

2.      The foregoing facts constitute sufficient case to allow Debtor to redeem the subject vehicle in accordance with the terms of this Order, pursuant to 11 U.S.C. § 722.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  That the allowed secured claim of Exeter for purposes of redemption is hereby determined to be $22,000.00;

2.  That the Debtor may redeem the 2021 Jeep Grand Cherokee bearing Vehicle Identification Number 1C4RJKBGM8M141155 for its redemption value of $22,000.00 by paying this amount in a lump sum to Exeter on or before the thirtieth (30th) day following entry of this Order;

3.  That the Debtor is hereby allowed to finance the redemption through 722 Redemption as set forth herein;

4.  That, upon timely receipt of payment of the redemption funds, Exeter is ordered to cancel its lien of record and surrender the certificate of title to the subject vehicle in accordance with the Debtor's instruction; and

5.  That, in the event of the failure of Exeter to cancel its lien on the subject vehicle within three (3) days after payment of the aforesaid lump sum, then this Order shall serve as an authorization for the said lien to be canceled, and it is further Ordered that the North Carolina Division of Motor Vehicles shall cancel the lien of record.

WE CONSENT:

WOMBLE BOND DICKINSON (US) LLP

By:     /s/ Eudora F. S. Arthur
        EUDORA F. S. ARTHUR
        N.C. State Bar No. 59854
        555 Fayetteville Street, Suite 1100
        Raleigh, NC 27601
        Telephone: (919) 755-2148
        Email: dorie.arthur@wbd-us.com
        *Attorneys for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.*

By:     /s/ Royanna Natasha Royale Hudson
        ROYANNA NATASHA ROYALE HUDSON

*Debtor, Pro Se*

**This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**